IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PLEASINGS CORP., <br><br> Plaintiff <br><br> v. <br><br> GERO VITA INTERNATIONAL, D/B/A/ JOL MANAGEMENT CO. (JOURNAL OF LONGEVITY), <br><br> Defendant | CIVIL NO. 08-1205 (JAG/MEL) |

**REPORT AND RECOMMENDATION**

In light of the Stipulation for Entry of Preliminary Injunction filed by the parties on June 11, 2006 (Docket No. 19), it is recommended that plaintiff's request for injunctive relief (Docket No. 2) be GRANTED during the pendency of the proceedings in this case.

IT IS SO RECOMMENDED.

San Juan, Puerto Rico, this 12th day of June, 2008.

s/Marcos E. López
UNITED STATES MAGISTRATE JUDGE