IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PLEASINGS CORP., **Plaintiff** v. GERO BITA INTERNATIONAL, D/B/A JOL MANAGEMENT CO. (JOURNAL OF LONGEVITY), **Defendant(s)** | **CIVIL NO.** 08-1205 (JAG) |

**ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING PRELIMINARY INJUNCTIVE RELIEF**

GARCIA-GREGORY, D.J.

On February 2, 2008, plaintiff Pleasings Corp. ("Pleasings," "plaintiff") filed a Verified Complaint alleging violations to the Puerto Rico Dealer's Act, P.R. Laws Ann. Tit. 10, § 278 et seq., by its principal, defendant Gero Vita International d/b/a JOL Management Co. (Journal of Longevity) ("Gero Vita," "defendants"). (Docket No. 1). On that same day, Pleasings filed a "Motion and Memorandum of Law Requesting Provisional Remedy Under the Puerto Rico Dealer's Act." (Docket No. 2). On June 20, 2008, this Court referred the latter motion to a Magistrate Judge for Report and Recommendation. (Docket No. 4). After several procedural developments, an injunction hearing was scheduled by Magistrate Judge Marcos Lopez for June 12, 2008. However, on June 11, 2008, the parties filed a "Stipulation for Entry of Preliminary Injunction." (Docket No. 19). Accordingly, the Magistrate Judge

CIVIL NO. 08-1205 (JAG)                                          2

issued a Report and Recommendation recommending that plaintiff's request for injunctive relief be granted during the pendency of the proceedings in this case. (Docket No. 20). Having the parties stipulated to such remedy, the Court sees no reason to delay granting the same. As such, the Court hereby ADOPTS the Report and Recommendation in its entirety, ACCEPTS the parties' stipulation and GRANTS plaintiff's request for injunctive relief.

Accordingly, defendants, their stockholders, officers, directors, managers, agents, employees, representatives and other persons acting on their behalf on in concert therewith, are hereby enjoined from terminating or otherwise impairing plaintiff's exclusive distributorship for Puerto Rico of defendants' products.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of June, 2008.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge